UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMorgan Chase Bank, N.A., et al.,

                Plaintiffs,                    Case No. 15-cv-11020
                                                      Hon. Matthew F. Leitman

v.

KALOMIRE K. ZANGOULOS,

                Defendant.

_____/

## ORDER DISMISSING CASE

        Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is

DISMISSED with prejudice.

        **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman_____
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 4, 2016, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda_____
                                              Case Manager
                                              (313) 234-5113